TRAXLER, Chief Judge,
dissenting:
With respect to the views of my distinguished colleagues, I would grant the petition for review. In my view, Naizghi rebutted the Government’s evidence of an Italian offer of permanent status. She testified without contradiction that the Italian application process required her to return to Eritrea, the country from which she was fleeing persecution, and submit various authenticated documents through the Italian Embassy there. In my opinion, this is not an offer of permanent status by Italy. The fact that Naizghi retreated to Eritrea to be with her family after being raped in Italy and subsequently returned to Italy without the required paperwork does not convince me otherwise. Twelve days after her arrival, Naizghi was abducted by the government from a prayer meeting and subjected to a variety of abuses by her captors. After her mother secured her release by bribing officials, Naizghi returned to Italy. In my opinion, it would be unreasonable to expect her to remain in Eritrea to secure documentation. Accordingly, Naizghi satisfied her burden of rebutting the Government’s prima facie case. I therefore would grant Naizghi’s petition for review and allow her to continue seeking asylum in this country.